[No. 19432–1–I. Division One. July 18, 1988.]

NORAGENE LENZ, *Respondent,* v. THE STATE OF WASHINGTON, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 84-2-03594-3, James D. McCutcheon, Jr., J., entered October 8, 1986. *Affirmed in part* and *reversed in part* by unpublished opinion per Swanson, J., concurred in by Scholfield, C.J., and Webster, J.